1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT
9                     CENTRAL DISTRICT OF CALIFORNIA
10
11   UNITED STATES OF AMERICA,    )   Case No.: 5:17-CR-00120-AB-2
                                  )
12              Plaintiff,        )   ORDER OF DETENTION PENDING
                                  )   FURTHER REVOCATION
13        v.                      )   PROCEEDINGS
                                  )   (FED. R. CRIM. P. 32.1(a)(6); 18
14   JESSE REGALADO,              )   U.S.C. § 3143(a)(1))
                                  )
15              Defendant.        )
                                  )

16        The defendant having been arrested in this District pursuant to a warrant
17   issued by the United States District Court for the __Central__ District of
18   __California__ for alleged violation(s) of the terms and conditions of probation
19   or supervised release; and
20        Having conducted a detention hearing pursuant to Federal Rule of Criminal
21   Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:
22   A. (×)  The defendant has not met his/her burden of establishing by clear and
23           convincing evidence that he/she is not likely to flee if released under 18
24           U.S.C. § 3142(b) or (c). This finding is based on the following:
25           (×)  information in the Pretrial Services Report and Recommendation
26           (×)  information in the violation petition and report(s)
27           ( )  the defendant's nonobjection to detention at this time
28           ( )  other: _____

and/ or

B. (×)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (×)  information in the Pretrial Services Report and Recommendation

    (×)  information in the violation petition and report(s)

    ( )  the defendant's nonobjection to detention at this time

    ( )  other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 05/12/2023

SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE